# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## (NORTHERN DIVISION)

| | | |
|---|---|---|
| **WILLIAM ADAMS,** 337 Oceanwalk Drive North Atlantic Beach, Florida 32233 | * * | |
| **Plaintiff,** | * | |
| v. | * | Case No.: 1:18-cv-02245 |
| **JOHN SOKOL,** 23 Frog Hollow Road Poughquag, New York 12750 | * * | |
| AND | * | |
| **VULCAN MATERIALS CO.,** 1200 Urban Center Drive Birmingham, Alabama 35242 | * * | |
| **Defendants.** | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT, JOHN SOKOL'S
## DISCLOSURE OF CORPORATE AFFILIATION AND FINANCIAL INTEREST

Pursuant to Local Rule 103.3 (D. Md.), Defendant, John Sokol, by and through undersigned counsel, hereby certifies and discloses that to the best of their knowledge and belief, Defendant, John Sokol is an individual and not a corporation. Additionally, Defendant maintains insurance coverage with Pantaenius American Yacht Insurance. In addition to this, both Liberty International Underwriters and StarStone Insurance may have a financial interest in the outcome of the litigation.

                    Respectfully Submitted,

                    /s/ Robert P. O'Brien, Esq. (#00003)
                    Robert P O'Brien, Esq. (#00003)
                    Bryant S. Green, Esq. (#19752)
                    NILES, BARTON & WILMER, LLP
                    111 S. Calvert Street, Suite 1400
                    Baltimore, Maryland 21202
                    (410) 783-6300
                    (410) 783-6363 facsimile
                    rpobrien@nilesbarton.com
                    bsgreen@nilesbarton.com
                    *Counsel for Defendant,*
                    *John Sokol*

## **CERTIFICATE OF SERVICE**

      I CERTIFY that on this 24th day of July, 2018, a copy of this Local Rule 103.3 Disclosure was electronically filed using the CM/ECF system and served via U.S. Mail, first-class, postage prepaid on:

| | |
|---|---|
| Todd D. Lochner, Esq.<br>Lochner Law Firm, P.C.<br>91 Main Street<br>Annapolis, Maryland 21401<br>*Counsel for Plaintiff* | Alexander M. Giles, Esq.<br>Semmes, Bowen & Semmes, P.C.<br>25 South Charles Street, Suite 1400<br>Baltimore, Maryland 21201<br>*Counsel for Defendant,*<br>*Vulcan Materials Co.* |

David N. Ventker, Esq.
Marissa M. Henderson
Ventker, Warman & Henderson, PLLC
256 West Freemason Street
Norfolk, Virginia 23510
*Counsel for Defendant,*
*Vulcan Materials Co.*

                    /s/ *Robert P. O'Brien*
                    Robert P. O'Brien