# LOCHNER LAW FIRM, P.C.

91 MAIN STREET
ANNAPOLIS, MARYLAND 21401

PHONE (443) 716-4400 | FACSIMILE (443) 716-4405
WWW.BOATINGLAW.COM

TODD D. LOCHNER — TLOCHNER@BOATINGLAW.COM
GREGORY R. SINGER — GSINGER@BOATINGLAW.COM
EUGENE E. SAMARIN — ESAMARIN@BOATINGLAW.COM
MELAINA D. HAISFIELD (OF COUNSEL)* — MHAISFIELD@BOATINGLAW.COM
CHRISTOPHER J. MCNALLY (OF COUNSEL)** — CMCNALLY@BOATINGLAW.COM

December 5, 2019

**FILED VIA CM/ECF**

The Honorable Deborah L. Boardman
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re: Adams v. Sokol
    Case No.: 1:18-cv-02245-SAG
    Our No.: 15-149-01

Dear Hon. Deborah L. Boardman,

    The letter is in response to your Order dated November 26, 2019 (ECF #51). At this time the Plaintiff withdraws its objection to the Third-Party November 7, 2019 Subpoena.

    The Court should note that the responding party to the subpoena reached out to counsel for the Defendant requesting the withdrawal of the subpoena, however, undersigned counsel is not aware of those ongoing negotiations nor whether the responding party will file a motion to quash.

                          Respectfully submitted,

                          */S/ Eugene E. Samarin*
                          Eugene E. Samarin, Esq. (Bar No. 19612)
                          Lochner Law Firm, P.C.
                          91 Main Street, 4th Floor
                          Annapolis, Maryland 21401
                          T: (410) 716-4400
                          F: (410) 716-4405
                          Email: esamarin@boatinglaw.com
                          *Counsel for Plaintiff*

ES/tdl

cc: All counsel of record (Via CM/ECF only)
     Counsel for Matt Sokol (via email only)

---

\* Barred in Florida, Texas and District of Columbia
\*\* Barred in Rhode Island and Massachusetts