IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM ADAMS, | § | |
| *Plaintiff*, | § | |
| v. | § | |
| MATT SOKOL, *et. al.* | § | Civil Action No.: 1:18-cv-02245-GLR |
| *Defendants*. | § | |

§ § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § §

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT II**

COMES NOW Plaintiff William Adams, hereinafter "Adams", by and through undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 105 of the Rules of the United States District Court for the District of Maryland, hereby submits this Motion for Partial Summary Judgment on Count II of the Amended Complaint against Decedent John Sokol, hereinafter "Sokol". The undisputed facts show that Plaintiff, William Adams, at all times material hereto was a guest on board the sailing vessel *HAVEN,* being operated by Decedent Sokol and that he violated Rule 22 and Rule 34 of the Inland Navigation Rules, 33 C.F.R. § 83.22 and 33 C.F.R. § 83.34 at the time of the collision. Accordingly, Plaintiff is entitled to judgment as a matter of law on these limited issues of Count II of the Verified Complaint.

In support of his Motion, Adams respectfully refers to, and incorporates herein, the Memorandum in Support of the Motion for Partial Summary Judgment.

WHEREFORE, Plaintiff respectfully requests that this Court

a. Grant its Motion for Partial Summary Judgment on Count II; and

b. Enter Judgment in its favor on Count II for the reasons in the accompanying Memorandum of Points and Authorities; and

    c. Grant any and all further relief the Court deems necessary.

Respectfully Submitted this 9<u>h</u> day of December, 2019.

                               */S/ Todd D. Lochner*
                               Todd D. Lochner (Bar No. 25691)
                               Lochner Law Firm, P.C.
                               91 Main St., 4th Floor
                               Annapolis, MD 21401
                               T: (443) 716-4400
                               F: (443) 716-4405
                               tlochner@boatinglaw.com

                               *Attorneys for William Adams*

## CERTIFICATE OF SERVICE

    I certify that on December 9, 2019, I caused the foregoing to be filed on this Court's CM/ECF system to be served on all record counsel.

                               */S/ Todd Lochner*
                               Todd Lochner