# LOCHNER LAW FIRM, P.C.

TODD D. LOCHNER  
GREGORY R. SINGER  
EUGENE E. SAMARIN  
MELAINA D. HAISFIELD (OF COUNSEL)*

91 MAIN STREET  
ANNAPOLIS, MARYLAND 21401

PHONE (443) 716-4400 | FACSIMILE (443) 716-4405  
WWW.BOATINGLAW.COM

TLOCHNER@BOATINGLAW.COM  
GSINGER@BOATINGLAW.COM  
ESAMARIN@BOATINGLAW.COM  
MHAISFIELD@BOATINGLAW.COM

February 27, 2020

**FILED VIA CM/ECF**

The Honorable Stephanie A. Gallagher  
United States District Court for the District of Maryland  
101 West Lombard Street  
Baltimore, Maryland 21201

    Re: Adams v. Sokol  
    Case No.: 1:18-cv-02245-GLR  
    Our No.: 15-149-01

Dear Hon. Stephanie A. Gallagher,

    This joint letter is a response to your order for status update (ECF #60).

    At this time, the parties are contemplating another mediation of the case. Counsel will update the Court once a decision is reached.

    Further, the joint vessel inspection has not yet occurred, due to the current owner of the vessel avoiding service and relieving his counsel through whom the original inspection had been arranged. Counsel have discussed the matter and have agreed that Plaintiff may conduct the inspection, at their earliest available time. Counsel will work together to accommodate each other's schedule. The inspection is currently scheduled for March 18, 2020, pending service upon the owner. Plaintiff requests that the court extend the discovery deadline, regarding the vessel inspection only, until April 15, 2020.

| */S/ Eugene E. Samarin* | */S/ Robert O Brien* |
|---|---|
| Eugene E. Samarin, Esq. (# 19612) | Robert O'Brien, Esq. (#00003) |
| Todd D. Lochner, Esq. (# 25691) | Bryant S. Green, Esq. (#19752) |
| Lochner law Firm, P.C. | Niles, Barton & Wilmer, LLP |
| 91 Main Street, 4th Floor | 111 S. Calvert Street, Suite 1400 |
| Annapolis, Maryland 21401 | Baltimore, MD 21202 |
| (410) 716-4400 | (410) 783-6300 |
| tlochner@boatinglaw.com | rpobrien@nilesbarton.com |
| esamarin@boatinglaw.com | bsgreen@nilesbarton.com |
| *Counsel for Plaintiff Adams* | *Counsel for Defendant Sokol* |

cc: All counsel of record (Via CM/ECF only)

\* Barred in Florida, Texas and District of Columbia