# LOCHNER LAW FIRM, P.C.

91 MAIN STREET
ANNAPOLIS, MARYLAND 21401
PHONE (443) 716-4400 | FACSIMILE (443) 716-4405
WWW.BOATINGLAW.COM

TODD D. LOCHNER — tlochner@boatinglaw.com
GREGORY R. SINGER — gsinger@boatinglaw.com
EUGENE E. SAMARIN — esamarin@boatinglaw.com
MELAINA D. HAISFIELD (OF COUNSEL)* — mhaisfield@boatinglaw.com

April 14, 2020

**FILED VIA CM/ECF**

The Honorable Stephanie A. Gallagher
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: Adams v. Sokol
Case No.: 1:18-cv-02245-GLR
Our No.: 15-149-01

Dear Hon. Stephanie A. Gallagher,

This joint letter is a response to your order for status update (ECF #62).

At this time, the parties are contemplating another mediation of the case, however due to the COVID 19 situation, this is placed on hold. Parties currently reside in Florida and New York, thus travel would be difficult at this time and is not advisable by the Maryland Department of Health. Counsel will update the Court once the state of emergency is lifted and travel arrangements can be made.

Further, the joint vessel inspection has not yet occurred, due to the current owner of the vessel avoiding service and due to limitation placed by the COVID 19 epidemic. Counsel have discussed the matter and have agreed that Plaintiff may conduct the inspection, at their earliest available time. Counsel will work together to accommodate each other's schedule. The inspection is not currently scheduled. Plaintiff requests that the court extend the discovery deadline, regarding the vessel inspection only, until June 15, 2020.

/S/ Eugene E. Samarin
Eugene E. Samarin, Esq. (# 19612)
Todd D. Lochner, Esq. (# 25691)
Lochner law Firm, P.C.
91 Main Street, 4th Floor
Annapolis, Maryland 21401
(410) 716-4400
tlochner@boatinglaw.com
esamarin@boatinglaw.com

*Counsel for Plaintiff Adams*

/S/ Rob O'Brien
Robert O'Brien, Esq. (#00003)
Bryant S. Green, Esq. (#19752)
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, MD 21202
(410) 783-6300
rpobrien@nilesbarton.com
bsgreen@nilesbarton.com

*Counsel for Defendant Sokol*

cc: All counsel of record (Via CM/ECF only)

* Barred in Florida, Texas and District of Columbia