**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | | |
|---|---|---|
| **WILLIAM ADAMS,** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No.: 1:18-cv-02245 SAG |
| **JOHN SOKOL,** *et al.*, | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SERVICE OF AN OFFER OF JUDGMENT

I HEREBY CERTIFY that on this 3rd day of November, 2020 a true copy of the Defendant, the Estate of John Sokol's Rule 68 Offer of Judgment, and this Notice of Service of Discovery was sent via first-class mail, postage prepaid, and via e-mail to:

Todd D. Lochner, Esq.
Eugene E. Samarin, Esq.
Lochner Law Firm, P.C.
91 Main Street, 4th Floor
Annapolis, MD 21401
tlochner@boatinglaw.com
esamarin@boatinglaw.com
*Attorneys for Plaintiff, William Adams*

Respectfully submitted,

/s/ Bryant S. Green
Robert P. O'Brien, Esq. (#00003)
Bryant S. Green, Esq. (#19752)
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
(410) 783-6300 (T)
(410) 783-6363 (F)
rpobrien@nilesbarton.com
bsgreen@nilesbarton.com
*Attorneys for Defendant, the Estate of John Sokol*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on 3rd day of November, 2020 a copy of the foregoing Notice of Service was served upon all counsel of record using the CM/ECF system.

/s/ *Bryant S. Green*
Bryant S. Green

4853-2723-1952, v. 2