# NILES·BARTON&WILMER LLP

*Trusted Legal Advisors Since 1838.*

**Robert P. O'Brien ♦ Partner**
**Direct Dial:** (410) 783 - 6344
**Fax:** (410) 783 - 6479
**Email:** rpobrien@nilesbarton.com

April 2, 2021

<u>*FILED VIA CM/ECF*</u>
Hon. Stephanie A. Gallagher
District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *Request for Order Pursuant to L.R. 111*
           *William Adams v. John Sokol, et al.*
           Case No.:    1:18-cv-02245-SAG
           Our File No.:    LIU/61793

Dear Judge Gallagher:

      The parties write jointly to advise that, pursuant to Local Rule 111, the parties have reached a settlement with respect to the above-mentioned matter. As such, the parties request that the Court enter an order dismissing the case without prejudice to the right of a party to move for good cause to reopen the case within a time set by the Court if the settlement is not consummated within 30 days of the entry of the order. The parties anticipate that settlement will be consummated in the near future.

      Furthermore, the parties agree that the pretrial conference scheduled for April 30, 2021, and the four-day jury trial scheduled to begin May 17, 2021 (see ECF 70) may be vacated. If you have any further questions, please never hesitate to contact me. I am

                          Sincerely Yours,

                          Robert P. O'Brien

cc:    All Counsel of Record (via CM/ECF)

4843-7833-9043, v. 1